JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY SHANDEE MALDONADO, <br><br> Plaintiff, <br><br> v. <br><br> ASUNCION JOHNSON, et al., <br><br> Defendants. | Case No. No. 2:19-cv-07464-JVS (SP) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Complaint and this action are dismissed with prejudice.

Dated: August 30, 2023

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE